B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Northern District of Ohio**
**Eastern Division, Canton**

In re **Bucyrus Community Hospital, Inc.**
Debtor.

Case No. _____
Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holdings the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by Joe Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 1. DEPUY ORTHOPAEDICS INC<br>700 ORTHOPAEDIC DRIVE<br>WARSAW, IN 46582 | 700 ORTHOPAEDIC DRIVE<br>WARSAW, IN 46582<br>Telephone: 574-267-8143<br>Fax: 574-371-4865 | Trade Debt | | $676,225.31 |
| 2. STRYKER ORTHOPAEDICS CORPORATION<br>2825 AIRVIEW BLVD.<br>KALAMAZOO, MI 49002 | 2825 AIRVIEW BLVD.<br>KALAMAZOO, MI 49002<br>Contact: Diane Lunt - Legal Dept.<br>Telephone: 269-385-2600<br>Fax: 269-385-2066 | Trade Debt | | $453,886.20 |
| 3. SODEXO, INC & AFFILIATES<br>9801 WASHINGTON BLVD.<br>GAITHERSBURG, MD 20878 | 9801 WASHINGTON BLVD.<br>GAITHERSBURG, MD 20878<br>Contact: LEGAL DEPT.<br>Telephone: 800-763-3946<br>Fax: 301-987-4499 | Trade Debt | | $440,046.04 |
| 4. QUADRAMED CORP.<br>12112 SUNSET HILLS<br>RESTON, VA 20190 | 12112 SUNSET HILLS<br>RESTON, VA 20190<br>Telephone: 703-709-2300<br>Fax: 703-709-2490 | Software | | $292,168.71 |
| 5. PREMIER HEALTH CARE SERVICES, INC<br>332 CONGRESS PARK DRIVE<br>DAYTON, OH 45459 | 332 CONGRESS PARK DRIVE<br>DAYTON, OH 45459<br>Contact: LEGAL DEPT.<br>Telephone: 800-726-3627<br>Fax: 937-312-3654 | Professional Services | | $257,611.15 |

{2103238:}

Page 1

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 6. OWENS & MINOR<br>9120 LOCKWOOD BLVD.<br>MECHANICSVILLE, VA 23116 | 9120 LOCKWOOD BLVD.<br>MECHANICSVILLE, VA 23116<br>Contact: Cheryl Osikowicz<br>Telephone: 866-423-9900<br>Fax: 856-423-7895 | Trade Debt | | $226,451.45 |
| 7. HEMATOLOGY/ONCOLOGY SPECIALISTS OF NORTH WEST OHIO<br>15990 MEDICAL DRIVE S.<br>FINDLAY, OH 45840 | 15990 MEDICAL DRIVE S.<br>FINDLAY, OH 45840<br>Contact: Chao Y. Li<br>Telephone: 419-422-9898<br>Fax: 419-425-3091 | Professional Services | | $181,875.00 |
| 8. DONLEY'S, INC<br>5430 WARNER ROAD<br>CLEVELAND, OH 44125-1140 | 5430 WARNER ROAD<br>CLEVELAND, OH 44125-1140<br>Telephone: 216-524-6800<br>Fax: 216-642-3216 | Contractor | | $159,605.32 |
| 9. NICHE ANESTHESIA, LLC<br>894 ORCHARD PARK ROAD<br>MANSFIELD, OH 44904 | 894 ORCHARD PARK ROAD<br>MANSFIELD, OH 44904<br>Contact: David Nitzsche<br>Telephone: 419-884-1477<br>Email: dnitzs5346@aol.com | Professional Services | | $133,470.00 |
| 10. ADVANCED ANESTHESIOLOGY, LLC<br>2363 FOREST HILL CIRCLE<br>MANSFIELD, OH 44903-3859 | 2363 FOREST HILL CIRCLE<br>MANSFIELD, OH 44903-3859 | Professional Services | | $130,362.60 |
| 11. J JAY GUTH, M.D. LLC<br>BUCYRUS ORTHOPEDICS & SPORTS MEDICINE<br>1690 LEX-ONTARIO ROAD<br>LEXINGTON, OH 44904 | BUCYRUS ORTHOPEDICS & SPORTS MEDICINE<br>1690 LEX-ONTARIO ROAD<br>LEXINGTON, OH 44904<br>Telephone: 419-562-5281<br>Fax: 419-562-5946 | Professional Fees | | $107,295.22 |
| 12. CLEVELAND CLINIC<br>REFERENCE LABORATORY<br>9500 EUCLID AVENUE<br>CLEVELAND, OH 44193-1828 | REFERENCE LABORATORY<br>9500 EUCLID AVENUE<br>CLEVELAND, OH 44193-1828<br>Telephone: 216-444-5755<br>Fax: 216-444-0460 | Professional Services | | $101,922.99 |
| 13. OHIO IMAGING CENTERS AT BUCYRUS LLC<br>6235 ENTERPRISE CT.<br>DUBLIN, OH 43016 | 6235 ENTERPRISE CT.<br>DUBLIN, OH 43016<br>Contact: Mandy<br>Telephone: 330-572-3835<br>Fax: 614-763-2601 | Professional Services | | $94,152.50 |
| 14. OHIO HOSPITAL ASSOCIATION<br>155 EAST BROAD STREET<br>COLUMBUS, OH 43215-3620 | 155 EAST BROAD STREET<br>COLUMBUS, OH 43215-3620<br>Telephone: 614-221-7614<br>Fax: 614-221-4771 | Third Party Administrator | | $74,188.85 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 15. NH-PM, INC. C/O NATIONAL HEALING CORP. P.O. BOX 933430 ATLANTA, GA 31193-3430 | C/O NATIONAL HEALING CORP. P.O. BOX 933430 ATLANTA, GA 31193-3430 | Professional Services | | $68,949.68 |
| 16. BECKMAN COULTER 1450 AMERICAN LANE SCHAUMBURG, IL 60173 | 1450 AMERICAN LANE SCHAUMBURG, IL 60173 Telephone: 847-413-1181 Fax: 847-969-9582 | Leases | | $62,377.37 |
| 17. INSIGHT HEALTH 26250 ENTERPRISE COURT SUITE 100 LAKE FOREST, CA 92630 | 26250 ENTERPRISE COURT SUITE 100 LAKE FOREST, CA 92630 Telephone: 949-282-6000 Fax: 949-461-0219 | Professional Services | | $56,268.92 |
| 18. STAND ENERGY CORPORATION 1077 CELESTIAL STREET BLDG. 3, SUITE 110 CINCINNATI, OH 45202-1629 | 1077 CELESTIAL STREET BLDG. 3 SUITE 110 CINCINNATI, OH 45202-1629 Contact: John Dosker Telephone: 513-621-1113 Fax: 513-621-3773 | Utilities | | $54,085.15 |
| 19. HMC GROUP 29065 CLEMENS ROAD #200 WESTLAKE, OH 44145 | 29065 CLEMENS ROAD #200 WESTLAKE, OH 44145 Telephone: 440-892-2300 Fax: 440-892-3600 | Professional Services | | $49,585.99 |
| 20. OBERLANDERS TREE & LANDSCAPE 700 Ackerman RD, Suite 630 Columbus, OH 43202 | 700 Ackerman RD, Suite 630 Columbus, OH 43202 Contact: Stacy Russell Telephone: 614-784-7800 Fax: 614-947-3751 | Trade Debt | | $48,863.67 |

In re Bucyrus Community Hospital, Inc.　　　　　　　　　　Case No. _____
　　　Debtor.　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the Board Chairman of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:　March 19, 2010　　　　　　　　　　Signature /s/ Glen A. McMurray, DDS
　　　　　　　　　　　　　　　　　　　　　　Printed Name: Glen A. McMurray, DDS
　　　　　　　　　　　　　　　　　　　　　　Title: Board Chairman

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.