# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-61078 |
| | ) | (Jointly Administered) |
| BUCYRUS COMMUNITY HOSPITAL, | ) | |
| INC., et al.[1] | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | Judge: Hon. Russ Kendig |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceeding as counsel on behalf of the Official Committee of Unsecured Creditors (the "Committee") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax or otherwise, which affects the Committee or these chapter 11 bankruptcy cases to be served upon:

> Douglas L. Lutz, Esq. (0064761)
> Frost Brown Todd LLC
> 2200 PNC Center
> 201 East Fifth Street
> Cincinnati, Ohio 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> dlutz@fbtlaw.com E-mail

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over the Committee, specifically but

---

[1] The Debtors include: Bucyrus Community Hospital, Inc. (Employer Tax I.D. No. 34-4468311) and Bucyrus Community Physicians, Inc. (Employer Tax I.D. No. 20-0232621).

not limited to (i) its right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: March 31, 2010

Respectfully submitted,

**FROST BROWN TODD LLC**

By: */s/ Douglas L. Lutz*
Douglas L. Lutz, Esq. (0064761)
Ronald E. Gold, Esq. (0061351)
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
dlutz@fbtlaw.com E-mail
rgold@fbtlaw.com E-mail

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion was served on March 31, 2010 via ECF Noticing or regular U.S. Mail, as indicated, on the parties listed on the attached distribution list.

                                          */s/ Douglas L. Lutz*
                                          Douglas L. Lutz

# DISTRIBUTION LIST

**VIA ECF NOTICING**

Melissa Asbrock    masbrock@mcdonaldhopkins.com, masbrock@mcdonaldhopkins.com
Glenn Douglas Gillett    glenn.gillett@usdoj.gov, glenngillett@verizon.net
Randall D LaTour    rdlatour@vorys.com, cdfricke@vorys.com
Paul W Linehan    plinehan@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Drew T Parobek    dtparobek@vorys.com
Jack R Pigman    jpigman@porterwright.com
Lori L Purkey    purkey@purkeyandassociates.com, Bareham@purkeyandassociates.com
Shawn M Riley    sriley@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Kelsey M. Toulouse    kmtoulouse@vorys.com, smromanin@vorys.com
United States Trustee    (Registered address)@usdoj.gov

**VIA REGULAR U.S. MAIL**

**DEPUY ORTHOPAEDICS, INC.**
c/o Ted Mager
700 Orthopaedic Lane
Warsaw IN 46581

**DONLEY'S, INC.**
c/o Patrick Powers
5430 Warner Road
Cleveland OH 44125

**STRYKER ORTHOPAEDICS**
c/o Lori L. Purkey
2251 East Paris Ave, SE
Suite B
Grand Rapids MI 49546

**BECKMAN COULTER, INC.**
c/o Debbie Clyde
250 S Kraemer Drive
Brea CA 92822

**SODEXO**
c/o Mary Beth Riley
100 Osceola Road
Syracuse NY 13209

**OHIO HOSPITAL ASSOCIATION**
c/o Mary L. Gallagher
155 East Broad Street
15th Floor
Columbus OH 43215

**OWENS & MINOR DISTRIBUTION, INC**
c/o Terry L. Rachuy
9120 Lockwood Blvd.
Mechanicsville VA 23116-2015

CINLibrary TMP.TMP 2092620v1