The court incorporates by reference in this paragraph and adopts as the findings
and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION, CANTON

| | |
|---|---|
| In re: ) | |
| ) | Case Nos. 10-61078 and 10-61081 |
| BUCYRUS COMMUNITY HOSPITAL, INC. ) | (Jointly Administered under |
| et. al.,[1] ) | Case No. 10-61078) |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |
| ) | Judge Russ Kendig |

### FIRST OMNIBUS ORDER AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS

This matter came before the Court on the Debtors' First Omnibus Motion for an Order Pursuant to 11 U.S.C. § 365 Authorizing the Debtors to Reject Certain Executory Contracts and Granting Other Related Relief, Docket No. 127 (the "Motion"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion; finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334;

---

[1] The Debtors include: Bucyrus Community Hospital, Inc. (Employer Tax I.D. No. 34-4468311) and Bucyrus Community Physicians, Inc. (Employer Tax I.D. No. 20-0232621).

{2168874:}

(b) notice of the Motion was sufficient and no objection having been filed; (c) venue of these chapter 11 cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (d) each of the Agreements[1] are an executory contract; (e) the rejection of the Agreements is in the best interest of the Debtors, their creditors, and their estates; (f) the Debtors have exercised sound business judgment in determining that rejection of the Agreements is proper; and (g) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED, as modified.

2. Bucyrus Community Hospital, Inc. is authorized, pursuant to section 365 of the Bankruptcy Code, to reject the Agreements identified on <u>Exhibit A</u> to the Motion.

3. Bucyrus Community Physicians, Inc. is authorized, pursuant to section 365 of the Bankruptcy Code, to reject the Agreements identified on <u>Exhibit A</u> to the Motion.

4. The Agreements shall be, and hereby are, deemed rejected.

5. As of March 19, 2010, the Debtors and their estates shall hereby be relieved from any further liability with respect to the Agreements.

6. Entry of this Order shall not prejudice the rights of any Former Employee to file a proof of claim or proofs of claim for any non-priority, priority or administrative claim such Former Employee may assert against the Debtors' estates.

7. Entry of this Order shall not prejudice the rights of the Debtors to object to any proof of claim filed by any Former Employee.

---

[1] Capitalized terms used, but not otherwise defined herein, shall have the meanings given to them in the Motion.

8. Any proof of claim for damages arising out of the rejection of the Agreements shall be filed by **June 28, 2010** at **5:00 p.m.** If the holder of such claim fails to file a timely proof of claim, such holder shall forever be barred from pursuing said claims.

9. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

Submitted by:
/s/ Melissa Asbrock
Shawn M. Riley (0037235)
Paul W. Linehan (0070116)
Melissa S. Asbrock (0082413)
McDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: sriley@mcdonaldhopkins.com
       plinehan@mcdonaldhopkins.com
       masbrock@mcdonaldhopkins.com

COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION