UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

In re: )
)  Case Nos. 10-61078 and 10-61081
BUCYRUS COMMUNITY HOSPITAL, INC. )  (Jointly Administered under
et. al.,[1] )  Case No. 10-61078)
)
    Debtors. )  Chapter 11
)
) Judge Russ Kendig

## NOTICE OF BAR DATE FOR FILING REQUESTS
## FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

PLEASE TAKE NOTICE that on February 9, 2011, the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division (the "Bankruptcy Court"), entered an order in the above-captioned chapter 11 cases (the "Order") requiring that all persons and entities (as such terms are defined in the Bankruptcy Code) including, without limitation, individuals, partnerships, corporations, estates, trusts, and governmental units (other than those persons or entities identified below), who have or assert an administrative expense claim ("Administrative Expense Claim") that was incurred or arose on or before December 31, 2010, against Bucyrus Community Hospital, Inc., and Bucyrus Community Physicians, Inc., the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 503 of the Bankruptcy Code, must file a Request for Payment of Administrative Expense Claim by the following date (the "Administrative Expense Claims Bar Date"):

**A REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM INCURRED OR ARISING ON OR BEFORE DECEMBER 31, 2010 MUST BE FILED ON OR BEFORE MARCH 18, 2011**.

An Administrative Expense Claim Form is enclosed with this Notice.

**Time and Place for Filing Requests For Payment of Administrative Expense Claims**

All requests for payment of Administrative Expense Claims incurred or arising on or before December 31, 2010 **must be filed so as to be received by the Clerk of Court,** on or before 4:00 p.m. Eastern Time on March 18, 2011. Requests for payment of Administrative Expense Claims may be filed in person, by courier service, by mail, or by hand delivery, addressed to:

---

[1] The Debtors include: Bucyrus Community Hospital, Inc. (Employer Tax I.D. No. 34-4468311) and Bucyrus Community Physicians, Inc. (Employer Tax I.D. No. 20-0232621).

{2601897:}

Clerk of Court
U.S. Bankruptcy Court
Ralph Regula Federal Building
U.S. Courthouse
401 McKinley Avenue, S.W.
Canton, OH 44702

**REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS WILL BE DEEMED FILED ONLY WHEN ACTUALLY RECEIVED BY THE BANKRUPTCY COURT. FACSIMILE TRANSMISSIONS WILL NOT BE ACCEPTED.** To receive acknowledgment of receipt of your request for payment of an Administrative Expense Claim, you must submit a copy and a self-addressed, stamped envelope. Copies of your Administrative Expense Claim Form should <u>not</u> be sent to the Debtors.

### Definition of Administrative Expense

For the purpose of this Notice, "Administrative Expense" shall have the meaning used in section 503 of the Bankruptcy Code, including, but not limited to: (a) the actual, necessary costs and expenses of preserving the estates, including wages, salaries, or commissions for services rendered **AFTER** the commencement of the cases; (b) any tax incurred by the estates, except a tax of a kind specified in section 507(a)(8) of the Bankruptcy Code; or (c) any fine, penalty, or reduction in credit relating to a tax of a kind specified in (b) above.

### Persons or Entities That Must File Requests For Payment of Administrative Expenses

The Administrative Expense Claims Bar Date applies to each and every Administrative Expense Claim incurred or arising on or before December 31, 2010, with the exception of:

(1) Requests for allowance of compensation and reimbursement of expenses of professionals pursuant to sections 330, 331, and 503(b) of the Bankruptcy Code;

(2) Claims of the Office of the U.S. Trustee under 28 U.S.C. § 1930(a)(6); and

(3) Any administrative expense previously approved by an order of the Bankruptcy Court.

If you file an administrative claim form, it should conform substantially with the enclosed form (the "Administrative Expense Claim Form"). You must attach to your completed Administrative Expense Claim Form copies of any and all documentation upon which your Administrative Claim Expense claim is based.

**DO NOT FILE AN ADMINISTRATIVE EXPENSE CLAIM FORM IF YOU HAVE NO POSTPETITION ADMINISTRATIVE EXPENSE CLAIM, AS DEFINED ABOVE, AGAINST THE DEBTORS.** The fact that you have received this Notice does not mean that you have an Administrative Expense Claim, or that the Debtors or the Bankruptcy Court believe that you have an Administrative Expense Claim.

{2601897:}

If you require additional information regarding the filing of an Administrative Expense Claim Form, you may contact DeBorah G. Barrow by telephone at 216-348-5400; by telecopier at 216-348-5474; by e-mail at dbarrow@mcdonaldhopkins.com; or by writing McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, OH 44114-2653, Attn: DeBorah G. Barrow.

**Consequences of Failure to File A Request For Payment of Administrative Expense Claims**

**ANY CREDITOR WHO IS REQUIRED TO FILE A REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM, BUT WHO FAILS TO DO SO TIMELY, SHALL: (A) BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING ANY SUCH CLAIM AGAINST THE DEBTORS; AND (B) BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM RECEIVING DISTRIBUTIONS IN THESE CHAPTER 11 CASES ON ACCOUNT OF ANY SUCH CLAIM.**

**Reservation of Rights**

The Debtors have reserved the right: (a) to dispute, or to assert offsets or defenses against, any Administrative Expense Claim as to amount, liability, classification or otherwise; and (b) to object to any Administrative Expense Claim. Nothing set forth herein shall preclude the Debtors from objecting to any request for payment of an Administrative Expense Claim, whether contained in the Debtors' records, files, or on any grounds.

February 10, 2011

Respectfully submitted,

/s/Shawn M. Riley
Shawn M. Riley (0037235)
Paul W. Linehan (0070116)
Melissa S. Giberson (0082413)
McDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: sriley@mcdonaldhopkins.com
plinehan@mcdonaldhopkins.com
mgiberson@mcdonaldhopkins.com

COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION