**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION, CANTON**

| | |
|---|---|
| In re: ) | |
| ) | Case Nos. 10-61078 and 10-61081 |
| BUCYRUS COMMUNITY HOSPITAL, INC., <u>et.</u> ) | (Jointly Administered under |
| <u>al</u>.,[1] ) | Case No. 10-61078) |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |
| ) | Judge Russ Kendig |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER (A) APPROVING DISCLOSURE STATEMENT, (B) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION, (C) SCHEDULING A HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION, AND (D) APPROVING NOTICE PROCEDURES**

**PLEASE TAKE NOTICE THAT:**

1. **Filing of Plan**. On June 27, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Chapter 11 Plan of Liquidation, Docket No. 591 (as the same may be hereafter amended, the "Plan") and the related Disclosure Statement for the Debtors' Chapter 11 Plan of Liquidation, Docket No. 592 (as the same may be hereafter amended, the "Disclosure Statement") under section 1125 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. **Hearing.** A hearing (the "Disclosure Statement Hearing") will be held at the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702 on **July 28, 2011, at 2:00 p.m.**, prevailing Eastern Time, on a motion (the "Motion"), to consider: (a) approval of the Disclosure Statement under section 1125 of the Bankruptcy Code; (b) approval of the procedures for solicitation and tabulation of votes to accept or reject the Plan, including (i) the proposed solicitation packages; (ii) the form of ballot; (iii) the procedures for vote tabulation; and (iv) the record date for voting; (c) scheduling a hearing on confirmation of the Plan; and (d) approving notice procedures.

3. **Objections.** Objections, if any, to the approval of the Disclosure Statement must be: (a) in writing; (b) state the name and address of the objecting party and the nature of the claim or interest of such party; (c) state with particularity the basis and nature of any objection or proposed modification; and (d) be filed, together with proof of service, with the Clerk of Court, United States Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702 and served so that they are received by counsel for the following parties: (i) the Debtors, (ii) the Official Committee of Unsecured Creditors, and (iii) the Office of the United States Trustee, and all other parties in interest that have filed a notice of appearance in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in the Debtors' chapter 11 cases no later than **4:00 p.m. on July 21, 2011.** Request for notice information regarding these parties should be directed to DeBorah G. Barrow at (216) 348-5400 or dbarrow@mcdonaldhopkins.com.

4. Within ten business days after entry of the order approving the Disclosure Statement, the Debtors will distribute, in accordance with Rule 3017(a) of the Bankruptcy Rules, the Disclosure Statement, the Plan and the Solicitation Packages (as defined in the Motion).

---

[1] The Debtors include: Bucyrus Community Hospital, Inc. (Employer Tax I.D. No. 34-4468311) and Bucyrus Community Physicians, Inc. (Employer Tax I.D. No. 20-0232621).

{2773573;}

5. In accordance with Rule 3017(a) of the Bankruptcy Rules, requests for a copy of the Disclosure Statement and the Plan by parties in interest must be made in writing to DeBorah G. Barrow at McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, Ohio 44114; facsimile (216) 348-5474; or e-mail dbarrow@mcdonaldhopkins.com. A copy of the Disclosure Statement and the Plan is on file with the Office of the Clerk of Court, United States Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702, and may be examined by any party in interest during normal business hours. PARTIES IN INTEREST SHOULD NOTE THAT UPON THE COURT'S APPROVAL OF THE DISCLOSURE STATEMENT AND THE SETTING OF A HEARING ON CONFIRMATION OF THE PLAN, WHICH IS ATTACHED AS APPENDIX "A" TO THE DISCLOSURE STATEMENT, COPIES OF SUCH DISCLOSURE STATEMENT AND PLAN WILL BE MAILED TO ALL CREDITORS AND EQUITY SECURITY HOLDERS ENTITLED TO VOTE ON THE PLAN WITHOUT THE NEED FOR ANY WRITTEN REQUEST. ACCORDINGLY, YOU SHOULD MAKE A WRITTEN REQUEST FOR A COPY OF THE PROPOSED DISCLOSURE STATEMENT AND THE PLAN ONLY IF YOU WISH TO REVIEW THE SAME PRIOR TO THE COURT'S DETERMINATION OF THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT.

6. This Notice is *not* a solicitation of acceptances or rejections of the Plan. Acceptances may not be solicited unless and until the proposed Disclosure Statement is approved by an order of the Court.

7. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

June 28, 2011

Respectfully submitted,

/s/ Paul W. Linehan
Shawn M. Riley (0037235)
Paul W. Linehan (0070116)
Melissa S. Giberson (0082413)
McDONALD HOPKINS LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: sriley@mcdonaldhopkins.com
plinehan@mcdonaldhopkins.com
mgiberson@mcdonaldhopkins.com

COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION